**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
(Alexandria Division)

| | |
|---|---|
| In Re:<br><br>MIN SIK KANG<br>MAN SUN KANG<br><br>Debtors. | Case No. 10-18839-RGM<br>Chapter 11 |
| RAYMOND A. YANCEY,<br>CHAPTER 11 TRUSTEE for<br>bankruptcy estates of Min Sik Kang<br>and Man Sun Kang<br><br>Plaintiff,<br><br>v.<br><br>MIN SIK KANG, *et al.*<br><br>Defendants. | Adv. Pro. No. 16-01005-RGM |

**DEFENDANT SUE KANG KIM RULE 26(a)(1) INITIAL DISCLOSURES**

Defendant Sue Kang Kim submits these initial disclosures under Rule 26(a)(1) of the Federal Rules of Civil Procedure. These disclosures are based on information presently known and reasonably available to the defendant and which the defendant reasonably believes may support her claims and defenses. Continuing investigation and discovery may cause the defendant to amend these initial disclosures, including by identifying other potential witnesses, documents, and by disclosing other pertinent information. The defendant therefore reserves the right to supplement these initial disclosures.

In providing these initial disclosures, the defendant does not represent that she is identifying every document, tangible thing, or witness possibly relevant to this action.

1

Additionally, these initial disclosures are made without the defendant in any way waiving her rights to object to any discovery request or proceeding involving or relating to the subject matter of these disclosures on any grounds, including competency, privilege, relevancy and materiality, hearsay, undue burden, confidentiality, or any other appropriate grounds. Moreover, these disclosures are not an admission by the defendant regarding any matter.

Each and every disclosure set forth below is subject to the above qualifications and limitations.

I. **INDIVIDUALS LIKELY TO HAVE DISCOVERABLE INFORMATION RELATED TO DEFENDANT'S DEFENSES AND CLAIMS**

**Min Sik Kang**
9378 Colbert Court
Fairfax, Virginia 22032

As to the events alleged in Plaintiff's Complaint.
.
**Man Sun Kang**
9378 Colbert Court
Fairfax, Virginia 22032

As to the events alleged in Plaintiff's Complaint.

**Steve Kim**
8051 Gatehouse Rd
Falls Church, VA 22042

As to the events alleged in Plaintiff's Complaint.

**Young Nam Kang**
9378 Colbert Court
Fairfax, VA 22032

As to the events alleged in Plaintiff's Complaint.

**Bruce Choi**
4308 Evergreen Ln #I
Annandale, VA 22003

As to the financial records for Grand Advertising, Inc.

## II. CATEGORIES AND LOCATION OF DOCUMENTS

Under Rule 26(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Defendant hereby discloses the following documents and things in her possession, custody or control that she may use to support her defenses and claims. She reserves the right to amend or supplement these disclosures as provided under Rule 26(e). The following disclosures do not include documents and things that are likely to be offered solely for impeachment.

1. Documents relating Sue Kang Kim's income and financial condition.
2. Documents relating to Grand Advertising, Inc.
3. Documents relating to the purchase of the Handbags referenced in her counterclaim.
4. Any documents or things produced or provided by Plaintiff.

## III. DAMAGES

Defendant Sue Kang Kim has filed a counterclaim for a declaratory judgment as to certain Handbags that are among the Seized Items, referenced in the Complaint.

## IV. INSURANCE

Defendant is investigating the existence of any insurance agreement that may be responsive to Federal Rule of Civil Procedure 26(a)(1)(A)(iv) and will supplement this response once such a determination has made.

## V. RESERVATION OF RIGHTS

Defendant reserves the right to amend or supplement these disclosures as provided by Federal Rule of Civil Procedure Rule 26(e) and object to the admissibility of any document or statement herein or in Plaintiff's initial disclosures on all bases set forth in the Federal Rules of Civil Procedure, Federal Rules of Evidence, and governing law.

Respectfully submitted,

/s/ Barry Coburn
_____
Barry Coburn
VA Bar No. 36907
Lloyd Liu
VA Bar No. 80624
COBURN & GREENBAUM PLLC
1710 Rhode Island Avenue, NW
Washington, DC 20036
barry@coburngreenbaum.com

*Counsel for Non-Debtor Defendants Sue Kang Kim, Young Nam Kang, Bob Sik Kang, and Steve Kim*

## CERTIFICATE OF SERIVCE

   I hereby certify that on this 12th day of May 2016, I caused to be delivered a true and accurate copy of the foregoing through the Court's electronic filing system to:

Jeffrey L. Tarkenton
Cathy A. Hinger
WOMBLE CARLYLE SANDRIDGE & RICE, LLP
1200 Nineteenth Street, N.W.
Suite 500
Washington, DC 20036

Todd D. Ross
WOMBLE CARLYLE SANDRIDGE & RICE, LLP
8065 Leesburg Pike
4th Floor
Tysons Corner, VA 22182

             /s/ Barry Coburn
             Barry Coburn