IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | | |
|---|---|---|
| In re: | * | |
| MIN SIK KANG and MAN SUN KANG | * | Case No: 10-18839-RGM |
| Debtors | * | (Chapter 11) |
| * * * * * * * * * * * * | | |
| RAYMOND A. YANCEY, TRUSTEE | * | |
| Plaintiff | * | |
| v. | * | Adv. Proc. No: 16-01005-RGM |
| MIN SIK KANG, et al. | * | |
| Defendants | * | |
| * * * * * * * * * * * * | | |

## DEBTORS' RULE 26(a)(1) INITIAL DISCLOSURES

Defendants Min Sik Kang and Man Sun Kang (the "Debtors"), by counsel, submit these initial disclosures under Rule 26(a)(1) of the Federal Rules of Civil Procedure. These disclosures are based on information presently known and reasonably available to the Debtors and which the Debtors reasonably believe may support their claims and defenses. Continuing investigation and discovery may cause the Debtors to amend these initial disclosures, including by identifying other potential witnesses, and documents, and by disclosing other pertinent information. The Debtors therefore reserve the right to supplement these initial disclosures.

In providing these initial disclosures, the Debtors do not represent that they are identifying every document, tangible thing, or witness possibly relevant to this action.

Additionally, these initial disclosures are made without the Debtors in any way waiving their rights to object to any discovery request or proceeding involving or relating to the subject matter of these disclosures on any grounds, including competency, privilege, relevancy and materiality, hearsay, undue burden, confidentiality, or any other appropriate grounds. Moreover, these disclosures are not an admission by the Debtors regarding any matter.

James A. Vidmar, 37266
Yumkas, Vidmar, Sweeney & Mulrenin, LLC
10211 Wincopin Circle, Suite 500
Columbia, Maryland 21044
(443) 569-5977
jvidmar@yvslaw.com
Counsel for Debtors

Each and every disclosure set forth below is subject to the above qualifications and limitations.

**I.    INDIVIDUALS LIKELY TO HAVE DISCOVERABLE INFORMATION RELATED TO DEBTORS' DEFENSES**

Min Sik Kang
9378 Colbert Court
Fairfax, Virginia  22032

As to the events alleged in Plaintiff's Complaint.

Man Sun Kang
9378 Colbert Court
Fairfax, Virginia  22032

As to the events alleged in Plaintiff's Complaint.

Yong Jin Jung
3213 Saber Circle
Fairfax, Virginia  22030

As to the events alleged in Plaintiff's Complaint.

Steve Kim
8051 Gatehouse Road
Falls Church, Virginia  22042

As to the events alleged in Plaintiff's Complaint.

Sue Kang Kim
8051 Gatehouse Road
Falls Church, Virginia  22042

As to the events alleged in Plaintiff's Complaint.

Young Nam Kang
9378 Colbert Court
Fairfax, Virginia  22032

As to the events alleged in Plaintiff's Complaint.

Bop (Bob) Sik Kang
7310 Glendower Court
Springfield, Virginia  22153

As to the events alleged in Plaintiff's Complaint.

Yong Sue So - Address and contact information unknown

As to the events alleged in Plaintiff's Complaint.

Han Cho - Address and contact information unknown

As to the events alleged in Plaintiff's Complaint.

        Bruce Choi, CPA
        4308 Evergreen Lane, Suite I
        Annandale, Virginia 22003

As to the financial records.

## II. CATEGORIES AND LOCATION OF DOCUMENTS

Under Rule 26(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Debtors hereby disclose the following documents and things in their possession, custody or control that they may use to support their defenses. They reserve the right to amend or supplement these disclosures as provided under Rule 26(e). The following disclosures do not include documents and things that are likely to be offered solely for impeachment.

1. Documents relating to the Debtors' income and financial condition, many of which are in the possession of the Trustee, U.S. Attorney and/or law enforcement.

2. Any documents or things produced or provided by the Plaintiff.

## III. DAMAGES

The Debtors do not currently claim any damages against the Plaintiff in relation to this action.

## IV. INSURANCE

The Debtors are investigating the existence of any insurance agreement that may be responsive to Federal Rule of Civil Procedure 26(a)(1)(A)(iv) and will supplement this response once such a determination has been made.

## V. RESERVATION OF RIGHTS

The Debtors reserve the right to amend or supplement these disclosures as provided by Federal Rule of Civil Procedure Rule 26(e) and object to the admissibility of any document or statement herein or in Plaintiff's initial disclosures on all bases set forth in the Federal Rules of Civil Procedure, Federal Rules of Evidence, and governing law.

        /s/ James A. Vidmar
        James A. Vidmar, 37266
        Yumkas, Vidmar, Sweeney & Mulrenin, LLC
        10211 Wincopin Circle, Suite 500
        Columbia, Maryland 21044
        (443) 569-5977
        jvidmar@yvslaw.com

        Counsel for Debtors

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | | |
|---|---|---|
| In re: | * | |
| MIN SIK KANG and MAN SUN KANG | * | Case No: 10-18839-RGM |
| | | (Chapter 11) |
| Debtors | * | |
| * * * * * * * * * * * * | | |
| RAYMOND A. YANCEY, TRUSTEE | * | |
| Plaintiff | * | |
| v. | * | Adv. Proc. No: 16-01005-RGM |
| MIN SIK KANG, et al. | * | |
| Defendants | * | |
| * * * * * * * * * * * * | | |

NOTICE OF SERVICE

I hereby certify that on the 12th day of May 2016, a copy of the Debtors' Rule 26(a)(1) Initial Disclosures was sent electronically to:

>Barry Coburn, Esquire
>Counsel for Bop Sik Kang, Steve Kim,
>Sue Kang Kim, and Young Nam Kang
>Coburn & Greenbaum PLLC
>1710 Rhode Island Ave NW, 2nd Floor
>Washington, D.C.  20036

>Jeffrey L. Tarkenton, Esquire
>Counsel for Raymond A. Yancey, Trustee
>Womble Carlyle Sandridge & Rice, LLP
>1200 Nineteenth Street, N.W., Suite 500
>Washington, D.C.  20036

/s/ James A. Vidmar
Yumkas, Vidmar, Sweeney & Mulrenin, LLC
10211 Wincopin Circle, Suite 500
Columbia, Maryland  21044
(443) 569-5977
jvidmar@yvslaw.com

Counsel for Debtors