Jeffrey L. Tarkenton (VSB No. 20631)
Cathy A. Hinger (VSB No. 46293)
Pascal F. Naples, III (VSB No. 87849)
Womble Carlyle Sandridge & Rice, LLP
1200 Nineteenth Street, N.W.
Suite 500
Washington, DC  20036
(202) 857-4450 – Telephone
(202) 261-0050 – Facsimile

*Counsel for Plaintiff Raymond A. Yancey,*
  *Plan Administrator*

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
### (Alexandria Division)

| | |
|---|---|
| **In Re:** : | |
| : | |
| **MIN SIK KANG** : | Case No. 10-18839-BFK |
| **MAN SUN KANG** : | Chapter 11 |
| : | |
| **Debtors.** : | |
| : | |
| **RAYMOND A. YANCEY, Chapter 11** : | |
| **Trustee for Bankruptcy Estates of Min** : | |
| **Sik Kang and Man Sun Kang,** : | |
| : | |
| **Plaintiff,** : | |
| : | |
| v. : | Adv. Pro. No. 16-1005-BFK |
| : | |
| **MIN SIK KANG,** *et al.*, : | |
| : | |
| **Defendants.** : | |

### CONSENT ORDER DENYING BANKRUPTCY DISCHARGES

Upon the filing by Raymond A. Yancey, who now serves as the Plan Administrator for the Liquidation Trust established by the confirmed Revised First Amended Plan of Liquidation for Min Sik Kang and Man Sun Kang, of a Complaint Objecting to Discharge and for Other Relief (the "Complaint") [Doc. 1], and upon the consent hereto by Min Sik Kang and Man Sun Kang, to the relief sought in Count VII of the Complaint, it is hereby

**ORDERED** that the relief sought in Count VII of the Complaint is hereby granted; and

**IT IS FURTHER ORDERED** that, pursuant 11 U.S.C. §§ 727(a) and 1141(d)(3), Min Sik Kang and Man Sun Kang shall not receive a discharge in bankruptcy; and

**IT IS FURTHER ORDERED** that this Order does not resolve any other claims asserted in the Complaint, each of which is preserved for further adjudication.

Date: Jul 27 2017

/s/ Brian F. Kenney
The Honorable Brian F. Kenney
United States Bankruptcy Judge

Entered on Docket: 7/28/2017

WE ASK FOR THIS:

　　/s/ Jeffrey L. Tarkenton
Jeffrey L. Tarkenton (VA Bar No. 20631)
Cathy A. Hinger (VA Bar No. 46293)
Pascal F. Naples, III (VA Bar No. 87849
Womble Carlyle Sandridge & Rice, LLP
1200 Nineteenth Street, N.W.
Suite 500
Washington, DC  20036
Tel:  (202) 857-4450
Fax:  (202) 261-0050
Email:  jtarkenton@wcsr.com
Email:  chinger@wcsr.com
Email:  pnaples@wcsr.com

*Counsel for Plaintiff Raymond A. Yancey,*
　　*Plan Administrator*

    /s/ James A. Vidmar
James A. Vidmar (VA Bar No. 37266)
Yumkas, Vidmar, Sweeney & Mulrenin, LLC
1011 Wincopin Circle
Suite 500
Columbia, MD  21044
Tel:  (443) 569-5977
Fax:  (410) 571-2798
Email:  jvidmar@yvslaw.com

*Counsel for Debtor Defendants Min Sik Kang and*
    *Man Sun Kang*


SEEN:  The Non-Debtor Defendants take no position with respect to the discharge of Mr. and Mrs. Kang, but respectfully do not consent to an order providing all of the relief sought in Count VII of the Complaint.


    /s/ Barry Coburn
Barry Coburn (VA Bar No. 36907)
Lloyd Liu (VA Bar No. 80624)
Coburn & Greenbaum PLLC
1710 Rhode Island Avenue, N.W.
Washington, DC  20036
Tel:  (202) 470-6706
Fax:  (866) 561-9712
Email:  bcoburn@coburngreenbaum.com
Email:  lloyd@coburngreenbaum.com

*Counsel for Non-Debtor Defendants Sue Kang Kim,*
    *Young Nam Kang, Bop Sik Kang, and Steve Kim*

3

## CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)

The foregoing Order was endorsed by and/or served upon all necessary parties pursuant to Local Rule 9022-1(C).

          /s/ Jeffrey L. Tarkenton
          Jeffrey L. Tarkenton

**PARTIES TO RECEIVE COPIES**:

Jeffrey L. Tarkenton – via CM/ECF

James A. Vidmar – via CM/ECF

Barry Coburn – via CM/ECF