**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
(Alexandria Division)

| | | |
|---|---|---|
| **In Re:** | : | |
| | : | |
| **MIN SIK KANG** | : | Case No. 10-18839-BFK |
| **MAN SUN KANG** | : | Chapter 11 |
| | : | |
| Debtors. | : | |
| | : | |
| **RAYMOND A. YANCEY, Chapter 11** | : | |
| **Trustee for Bankruptcy Estates of Min** | : | |
| **Sik Kang and Man Sun Kang,** | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Adv. Pro. No. 16-01005-BFK |
| | : | |
| **MIN SIK KANG**, *et al.*, | : | |
| | : | |
| Defendants. | : | |

**CONSENT JUDGMENT ORDER**

Judgment is hereby entered against the following Defendants and in favor of Plaintiff Raymond A. Yancey as Plan Administrator for the Liquidation Trust as follows:

(1) $11,000,000.00, jointly and severally, against Min Sik Kang and Man Sun Kang;

(2) $2,500,000.00, jointly and severally, against Sue Kang Kim, Steve Kim, and Young Nam Kang; and

(3) $91,731.50, jointly and severally against Sue Kang Kim and Steve Kim.

2

This Adversary Proceeding shall remain open and shall not be closed until further order of the Court.

Dated: Jan 24 2018

/s/ Brian F. Kenney
United States Bankruptcy Judge

Entered on Docket: Jan 25 2018

WE ASK FOR THIS:

/s/ Jeffrey L. Tarkenton
Jeffrey L. Tarkenton (VSB No. 20631)
Cathy A. Hinger (VSB No. 46293)
Pascal F. Naples (VSB No. 87849)
Womble Bond Dickinson US, LLP
1200 Nineteenth Street, N.W.
Suite 500
Washington, DC  20036
(202) 857-4450 – Telephone
(202) 261-0050 – Facsimile
Email:  jeffrey.tarkenton@wbd-us.com
Email:  cathy.hinger@wbd-us.com
Email:  pascal.naples@wbd-us.com

*Counsel for Plaintiff Raymond A. Yancey,
    as Plan Administrator*

2

SEEN AND AGREED:


    /s/ James A. Vidmar
James A. Vidmar (VA Bar No. 37266)
Yumkas, Vidmar, Sweeney & Mulrenin, LLC
1011 Wincopin Circle
Suite 500
Columbia, MD  21044
(443) 569-5977 – Telephone
(410) 571-2798 – Facsimile
Email:  jvidmar@yvslaw.com
Email:  cadamas@yvslaw.com

*Counsel for Defendants Min Sik Kang*
    *and Man Sun Kang*


    /s/ Barry Coburn
Barry Coburn (VA Bar No. 36907)
Lloyd Liu (VA Bar No. 80624)
Coburn & Greenbaum PLLC
1710 Rhode Island Avenue, N.W.
Washington, DC  20036
(202) 470-6706 – Telephone
(866) 561-9712 – Facsimile
Email:  barry@coburngreenbaum.com
Email:  kj@coburngreenbaum.com
Email:  lloyd@coburngreenbaum.com

*Counsel for Defendants Sue Kang Kim,*
    *Steve Kim, Young Nam Kang, and*
    *Bop Sik Kang*

3

**CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)**

Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

    /s/ Jeffrey L. Tarkenton
Jeffrey L. Tarkenton

Copies to:

Jeffrey L. Tarkenton – via CM/ECF

James A. Vidmar – via CM/ECF

Barry Coburn – via CM/ECF