# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
### (Alexandria Division)

| | |
|---|---|
| **In Re:** : | |
| : | |
| **MIN SIK KANG** : | Case No. 10-18839-BFK |
| **MAN SUN KANG** : | Chapter 11 |
| : | |
| Debtors. : | |
| : | |
| **RAYMOND A. YANCEY, Chapter 11** : | |
| **Trustee for Bankruptcy Estates of Min** : | |
| **Sik Kang and Man Sun Kang,** : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Adv. Pro. No. 16-01005-BFK |
| : | |
| **MIN SIK KANG**, *et al*., : | |
| : | |
| Defendants. : | |

## CONSENT MODIFIED JUDGMENT ORDER

The Consent Judgment Order entered on January 25, 2018, in the above-styled adversary proceeding [Docket No. 401] is hereby modified solely to reduce the amount of the judgment rendered against Sue Kang Kim, Steve Kim and Young Nam Kang from $2,500,000 to $1,500,000, jointly and severally, in favor of Plaintiff Raymond A. Yancey as Plan Administrator for the Liquidation Trust. This Consent Judgment Order shall not reduce or modify the judgment rendered against Min Sik Kang in the amount of $11,000,000, jointly and severally, or the amount of the judgment rendered against Sue Kang Kim and Steve Kim in the amount of $91,731.50, jointly and severally.

Jan 10 2020

/s/ Brian F. Kenney
United States Bankruptcy Judge
Entered on Docket: January 13, 2020

WE ASK FOR THIS:


___/s/ Jeffrey L. Tarkenton_____
Jeffrey L. Tarkenton (VSB No. 20631)
Cathy A. Hinger (VSB No. 46293)
Womble Bond Dickinson US, LLP
1200 Nineteenth Street, N.W.
Suite 500
Washington, DC  20036
(202) 857-4450 – Telephone
(202) 261-0050 – Facsimile
Email:  jeffrey.tarkenton@wbd-us.com
Email:  cathy.hinger@wbd-us.com

*Counsel for Plaintiff Raymond A. Yancey,
     as Plan Administrator*

2

SEEN AND AGREED:


  /s/ James A. Vidmar
James A. Vidmar (VA Bar No. 37266)
Yumkas, Vidmar, Sweeney & Mulrenin, LLC
1011 Wincopin Circle
Suite 500
Columbia, MD  21044
(443) 569-5977 – Telephone
(410) 571-2798 – Facsimile
Email:  jvidmar@yvslaw.com
Email:  cadamas@yvslaw.com

*Counsel for Defendants Min Sik Kang*
 *and Man Sun Kang*


  /s/ Barry Coburn
Barry Coburn (VA Bar No. 36907)
Lloyd Liu (VA Bar No. 80624)
Coburn & Greenbaum PLLC
1710 Rhode Island Avenue, N.W.
Washington, DC  20036
(202) 470-6706 – Telephone
(866) 561-9712 – Facsimile
Email:  barry@coburngreenbaum.com
Email:  kj@coburngreenbaum.com
Email:  lloyd@coburngreenbaum.com

*Counsel for Defendants Sue Kang Kim,*
 *Steve Kim, Young Nam Kang, and*
 *Bop Sik Kang*

## **CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)**

Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

      /s/ Jeffrey L. Tarkenton
Jeffrey L. Tarkenton

Copies to:

Jeffrey L. Tarkenton – via CM/ECF

James A. Vidmar – via CM/ECF

Barry Coburn – via CM/ECF